[No. 70703-5-I.   Division One.   September 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL GLENN
ROADRUCK, *Appellant*.

Appeal from a judgment of the Superior Court for San
Juan County, No. 13-1-05012-6, Donald E. Eaton, J., entered
July 26, 2013. *Remanded with instructions* by unpublished
per curiam opinion.

[No. 70766-3-I.   Division One.   September 2, 2014.]

ERICKA M. RICKMAN, *Appellant*, v. PREMERA BLUE CROSS,
*Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 10-2-10616-1, Janice E. Ellis, J., entered
July 18, 2013. *Affirmed* by unpublished opinion per Dwyer,
J., concurred in by Appelwick and Schindler, JJ.

[No. 70861-9-I.   Division One.   September 2, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. IBRAHIM SALEH
ADAM, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-1-05704-1, Dean Scott Lum, J., entered
August 30, 2013. *Dismissed* by unpublished per curiam
opinion.

[No. 70953-4-I.   Division One.   September 2, 2014.]

*In the Matter of the Estate of* MARGARET L. PERTHOU-TAYLOR.

ALISON PERTHOU, *Appellant*, v. CORNELIA PERTHOU MACCONNEL,
*Individually and as Executor, Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 05-4-01094-8, John P. Erlick, J., entered Decem-
ber 3, 2012 and January 28, 2013. *Affirmed* by unpublished
opinion per Cox, J., concurred in by Becker and Dwyer, JJ.